☐ AMENDED

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

In re:  (1) Toniqua Henderson                                  Case No. 19-29851

(2)

Debtor(s).                                                              Chapter 13

## CHAPTER 13 PLAN

ADDRESS:           (1) <u>4500 Charing Cross, Memphis, TN 38116</u>            (2)

PLAN PAYMENT:

DEBTOR (1) shall pay ____75.00_____ ☐ weekly, [X] every two weeks, ☐ semi-monthly, or ☐ monthly
[X] PAYROLL DEDUCTION from: Popeyes
                                4810 Poplar
                            Memphis, TN  38119
OR (0) DIRECT PAY.


DEBTOR (2) shall pay _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly
☐ PAYROLL DEDUCTION from:
OR ☒ DIRECT PAY.


1. THIS PLAN [Rule 3015.1 Notice]:

  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]                                                                 ☐ Yes       ☒ No

  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]       ☐ Yes       ☒ No

  (C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].                                                                  ☐ Yes       ☒ No


2. ADMINISTRATIVE EXPENSES:  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.
3. AUTO INSURANCE: ☐ Included in Plan; OR ☒ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.
4. DOMESTIC SUPPORT:
Paid by: ☐ Debtor(s) directly, ☐ Wage Assignment, OR ☐ Trustee to:

                              **Monthly Payment**

-NONE-


5. PRIORITY CLAIMS:

-NONE-


6. HOME MORTGAGE CLAIMS:

Paid by: ☐ Paid directly by debtor(s); OR ☐ Paid by Trustee to:

Monthly Payment

-NONE-

7. SECURED CLAIMS:

[Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral        Rate of Interest        Monthly Plan Payment:

-NONE-

8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral        Rate of Interest        Monthly Plan Payment:

-Jim Kearas                                 6000.00                       5.25                     75.00

9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:

-NONE-

10. SPECIAL CLASS UNSECURED CLAIMS:

                    Amount            Rate of Interest            Monthly Plan Payment:

-NONE-

11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:

-NONE-

12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):

13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $150.00.

15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:
    ☐ OR,
    ☒ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:

-NONE-

17. **COMPLETION:**  Plan shall be completed upon payment of the above, approximately 60 months.

18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.

19. NON-STANDARD PROVISIONS(S): _____.
ANY NON-STANDARD PROVISIONS STATED ELSEWHERE IS VOID.

20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.

/s/ John Dunlap
Attorney

DATE: 12/13/2019

Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature